ERNST & YOUNG LLP and Charles J. Roach, Defendants–Appellants,

v.

BAKER O'NEAL HOLDINGS, INC. and American Public Automotive Group, Inc., Plaintiffs–Appellees.

No. 01–3862.

United States Court of Appeals, Seventh Circuit.

Nov. 20, 2002.

Before Hon. FAIRCHILD, Hon. COFFEY, and Hon. KANNE, Circuit Judges.

### ORDER

On consideration of the petition for rehearing and petition for rehearing *en banc,* no judge in active service has requested a vote on the petition for rehearing *en banc* * and all of the judges on the original panel have voted to deny rehearing. It is, therefore, ORDERED that rehearing and rehearing *en banc* are DENIED.

---

* Chief Judge Flaum and Judge Williams did not participate in the consideration of this petition.